UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CSX TRANSPORTATION, INC.,
and NATIONAL RAILROAD
PASSENGER CORPORATION
(AMTRAK),

    Plaintiffs,

v.               498CV223

CITY OF GARDEN CITY, GEORGIA,

    Defendant/Third Party Plaintiff,

v.

ARCO, INC.,

    Third Party Defendant.

## FINAL JUDGMENT

On second remand from the Eleventh Circuit, *CSX Transp., Inc. v. City of Garden City*, 355 F.3d 1295, 1297 (11th Cir. 2004), this Court was asked to determine the enforceability of a municipality's indemnification promise to a private party. Doc. # 119 at 1. In *CSX Transp., Inc. v. City of Garden City*, 418 F.Supp.2d 1366, 1376-78 (S.D.Ga. 2006) (*CSX VIII*), the Court dismissed that private party's (plaintiff CSX's[1]) case outright, concluding that, because CSX confined itself to a *tort* claim theory of recovery after years of advancing only a *contract* claim, its case must be dismissed as premised on fatally inconsistent recovery theories (*i.e.*, CSX had pursued a contract-based claim but then impermissibly shifted to a tort recovery).

Alternatively, the Court reasoned, the underlying indemnification contract was void in all respects and thus unenforceable. Doc. # 145 at 11. This mooted the remand issues. *Id.*

Meanwhile, the defendant municipality -- the City of Garden City, Georgia -- had third-party claimed for indemnification from ARCO, Inc., doc. # 9, and ARCO had moved for summary judgment against the City on that claim. Doc. # 148. CSX, in turn, moved (doc. # 146) for F.R.Civ.P. 54(b) entry of judgment on the *CSX VIII* ruling. Doc. # 151.

The Court granted CSX's Rule 54(b) motion and deferred on ARCO's summary judgment motion, doc. # 148, reasoning that deferral was in the best interests of all parties by preventing the needless consumption of judicial resources. In that vein, the Court accepted the City's representation that it likely would settle its claim against ARCO if the Eleventh Circuit affirmed *CSX VIII*, and if not then the Court could more efficiently reach ARCO's motion post-appeal. Doc. # 151 at 2; # 152.

The Eleventh Circuit has since affirmed *CSX VIII*. *CSX Transp., Inc. v. City of Garden City, GA*, 2007 WL 4293046 (11th Cir. 12/10/07) (unpublished). In response, the City has settled with ARCO. Doc. # 162. It also has resolved cost matters. Doc. # 161.

Accordingly, the Court enters final judgment in favor of the City of Garden City, Georgia, against plaintiffs CSX Transportation, Inc. and National Railroad Passenger Corporation. Plaintiffs' Complaint, as well as the City's Third Party Complaint against Third Party Defendant ARCO, Inc., is ***DISMISSED WITH PREJUDICE*** and this case is now ***CLOSED***.

This __16__ day of April, 2008.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] There are two plaintiffs in this case: CSX Transportation, Inc., which owns the train track on which the accident occurred, and National Railroad Passenger Corporation (Amtrak), which owns the wrecked train. For convenience, however, the Court hereafter will refer to "CSX" as if it were the only plaintiff.